UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAIN LAMAR BANKSTON,<br><br>    Plaintiff,<br><br>v.<br><br>ACADEMY OF ART UNIVERSITY, et al.,<br><br>    Defendants. | Case No. 25-cv-04988-JST<br><br>**ORDER DENYING MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS**<br><br>Re: ECF No. 34 |

Before the Court is Plaintiff's application to proceed in forma pauperis on appeal to the Ninth Circuit. ECF No. 34. The Court will deny the motion.

"An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C.A. § 1915(a)(3). Bankston alleges that Defendants discriminated and failed to accommodate his disabilities. ECF No. 28. However, as the Court and the magistrate court discussed in each of the three orders screening and dismissing Plaintiff Bankston's complaint, Bankston has not identified a single factual allegation supporting an inference of discriminatory or unlawful conduct. ECF Nos. 6, 27, 30. Therefore, it is the judgment of this Court that Plaintiff's complaint is frivolous, as it "has 'no arguable basis in fact or law.'" *O'Loughlin v. Doe*, 920 F.2d 614, 617 (9th Cir. 1990) (quoting *Franklin v. Murphy*, 745 F.2d 1221, 1228 (9th Cir. 1984)). Appeal of the dismissal is not "taken in good faith" within the meaning of 28 U.S.C. § 1915(a)(3). *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

**IT IS SO ORDERED.**

Dated: January 5, 2026

JON S. TIGAR
United States District Judge